UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-25104-Civ-COOKE/O'SULLIVAN

AISHIA PETERSEN,

Plaintiff,

v.

NATHAN'S FAMOUS, INC.,

Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff **AISHIA PETERSEN,** and Defendant, **NATHAN'S FAMOUS, INC.,** by and through their respective undersigned counsel, hereby file this Joint Notice of Settlement to notify this Court that Plaintiff and Defendant have reached a settlement in this matter. The Parties are in the process of finalizing settlement documents and request 45 days to submit documents related to the closure of this case.

Respectfully submitted this 3rd day of March 2021.

| | |
|---|---|
| *s/Acacia Barros* | *s/Edwin Cruz* |
| Acacia Barros, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 106277 | Florida Bar No. 68999 |
| Email: *ab@barroslawfirm.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| ACACIA BARROS, P.A. | Edwin Cruz, Esq. |
| 11120 N. Kendall Drive, Suite 201 | Florida Bar No. 55579 |
| Miami, Florida 33176 | Email: *edwin.cruz@jacksonlewis.com* |
| Telephone: 305-639-8381 | JACKSON LEWIS P.C. |
| | One Biscayne Tower, Suite 3500 |
| *Attorney for Plaintiff* | 2 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: 305-577-7600 |
| | |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           *s/Acacia Barros*
                                           Attorney for Plaintiff
                                           ACACIA BARROS, P.A.